UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JESSE L. WALKER,

                         Plaintiff,                        **23 Civ. No. 9883(GS)**

      -against-

                                                    **VIDEO STATUS
CONFERENCE ORDER**

METRO NORTH COMMUTER
RAILROAD,

                        Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Status Conference on **Thursday, July 10, 2025 at 4:15 p.m.** to discuss the issues raised in Plaintiff's motion for a protective order and other relief. (Dkt. Nos. 35-37). The Court will also address at that time Defendant's request for an adjournment of the deadlines for completion of depositions and fact discovery. (Dkt. No. 38). The Parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: <u>Click here to join the meeting</u>. **Meeting ID: [236 995 539 578 1] Passcode: [nf7ce7Bv]**

      **SO ORDERED.**

DATED:    New York, New York
                 June 30, 2025

                                                                  _____
                                                                  The Honorable Gary Stein
                                                                  United States Magistrate Judge