UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JESSE L. WALKER,

                       Plaintiff,                                **23 Civ. No. 9883 (GS)**

     -against-
                                                            **VIDEO DISCOVERY
METRO NORTH COMMUTER                                 CONFERENCE ORDER**
RAILROAD,

                       Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Video Discovery Conference on Friday, September 5, 2025 **at 4:15 p.m.** to discuss the discovery dispute raised in the parties' August 11 and August 18, 2025 letters. (Dkt. Nos. 43 & 44). The parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: [Click here to join the meeting](). **Meeting ID: [296 984 940 775 3]  Passcode: [Xy9ks77T]**

       **SO ORDERED.**

DATED:     New York, New York
                August 28, 2025

                                                                                    _____
                                                                                    The Honorable Gary Stein
                                                                                     United States Magistrate Judge