**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JESSE L. WALKER,

        Plaintiff,        **23 Civ. No. 9883 (GS)**

   -against-
                 **VIDEO STATUS**
METRO NORTH COMMUTER       **CONFERENCE ORDER**
RAILROAD,

        Defendant.
------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

   This action is scheduled for a Video Status Conference on **Monday, February 9, 2026 at**

**2:00 p.m.**  The parties are directed to join the conference via Microsoft Teams at the scheduled

time using the following link: Click here to join the meeting.  **Meeting ID: [290 461 151 030 58]**

**Passcode: [5RF9uB3D]**

   **SO ORDERED.**

DATED:  New York, New York
     January 23, 2026

            _____
            The Honorable Gary Stein
            United States Magistrate Judge