**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JESSE L. WALKER,

                Plaintiff,

          -against-

METRO NORTH COMMUTER
RAILROAD,

                Defendant.
------------------------------------------------------------------X

                        **23 Civ. 9883 (GS)**

                        **ORDER**

**GARY STEIN, United States Magistrate Judge:**

Pursuant to the status conference held February 9, 2026, Defendant's anticipated motion for summary judgment shall be filed by no later than March 23, 2026.  Plaintiff's brief shall be filed by no later than May 22, 2026.  Defendant's reply brief shall be filed by no later than June 5, 2026.

    **SO ORDERED.**

DATED:    New York, New York
             February 10, 2026

                              _____
                              The Honorable Gary Stein
                              United States Magistrate Judge